228

 IN THE MATTER OF PETER CAMPAU, AN ABSENT JUROR. 

JOURNAL ENTRIES: (1) Jan. 14, 1835: attachment ordered issued, respondent brought before court, excuse held insufficient, fine imposed.
PAPERS IN FILE: [None]
*File No.* . . . . .

 UNITED STATES *versus* JUDSON T. STURGESS AND JERE-MIAH POST. 

JOURNAL ENTRIES: (1) Jan. 20, 1835: discontinued.
PAPERS IN FILE (1834): (1) Summons and return.
*File No.* 126.

 UNITED STATES *versus* JAMES M. BURDICK AND ICHABOD BURDICK. 

JOURNAL ENTRIES: (1) Feb. 23, 1835: discontinued.
PAPERS IN FILE: (1) Summons and return.
*File No.* 125.

 UNITED STATES *versus* JOSEPH SUTTON. 

JOURNAL ENTRIES: (1) Feb. 23, 1835: rule to plead; (2) June 1, 1835: motion for judgment and assessment of damages by jury; (3) June 4, 1835: nolle prosequi on third count entered, jury trial, verdict for plaintiff.
PAPERS IN FILE (1834–35): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) subpoena; (5) motion for default judgment; (6) plea of not guilty.
*File No.* 113.

 UNITED STATES *versus* GEORGE JEWETT. 

JOURNAL ENTRIES: (1) Feb. 23, 1835: rule to plead; (2) June 5, 1835: jury impaneled, evidence introduced, discontinued.
PAPERS IN FILE (1835): (1) Summons and return; (2) declaration, plea of not guilty; (3) motion for default judgment; (4) subpoena; (5) plea of not guilty and notice of accord and satisfaction.
*File No.* 137.

 UNITED STATES *versus* SIMEON A. DUNN. 

JOURNAL ENTRIES: (1) Feb. 23, 1835: rule to plead; (2) June 1, 1835: motion for judgment and assessment of damages by jury; (3) June 5, 1835: continued, attendance of witnesses proved; (4) Jan. 6, 1836: jury trial, verdict for defendant; (5) Jan. 27, 1836: motion for new trial granted; (6) June 7, 1836: discontinued.
PAPERS IN FILE (1834–36): (1) Summons and return; (2) declaration; (3) motion for default judgment; (4) copy of declaration; (5) plea in abatement; (6) subpoena; (7) affidavit re failure to plead; (8) plea of not guilty; (9) subpoena; (10) motion and reasons for new trial.

 UNITED STATES *versus* JOHN MOORE, LOVELL MOORE, HIRAM MOORE, AND ERASTUS A. JACKSON. 

JOURNAL ENTRIES: (1) Feb. 23, 1835: rule to plead; (2) June 3, 1835: jury trial, verdict for plaintiff, attendance of witnesses proved; (3) June 10, 1835: judgment.
PAPERS IN FILE (1834–35): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) plea of not guilty; (5) subpoena; (6) precipe for fi. fa.; (7) writ of fi. fa. and return.
*File No.* 114.

 UNITED STATES *versus* CHARLES L. BRISTOL. 

JOURNAL ENTRIES: (1) Feb. 23, 1835: rule to plead; (2) June 1, 1835: motion for judgment and assessment of value of property by jury; (3) June 9, 1835: motion for continuance granted, attendance of witness proved; (4) Jan. 6, 1836: jury trial; (5) Jan. 7, 1836: verdict for plaintiff; (6) Jan. 8, 1836: motion for new trial; (7) Jan. 27, 1836: motion for new trial overruled, judgment.